[No. 8513–1–I.  Division One.  August 17, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. RICARDO CALVIN PEREZ, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 90439, Warren Chan, J., entered February 13, 1980. *Affirmed* by unpublished opinion per Durham, J., concurred in by Ringold, A.C.J., and Swanson, J.

[No. 8431–3–I.  Division One.  August 17, 1981.]

*In the Matter of the Marriage of* IRMA K. DEETH, *Appellant, and* RAYMOND DEETH, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. D–117588, Richard J. Ennis, J. Pro Tem., entered February 7, 1980. *Affirmed* by unpublished opinion per Durham, J., concurred in by Ringold, A.C.J., and Swanson, J.

[No. 8867–0–I.  Division One.  August 17, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID J. NIXON, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 79–1–00813–8, Stuart C. French, J., entered May 7, 1980. *Affirmed* by unpublished opinion per Durham, J., concurred in by James, C.J., and Ringold, J.